UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUZANNE ANSELMO,

                      Plaintiff,

   -against-

NEW YORK CITY POLICE DEPARTMENT,

                    Defendant.
----------------------------------------------------------------X

JUDGMENT
11-CV- 5602 (ENV)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 14 2012
BROOKLYN OFFICE

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 12, 2012, dismissing the action without prejudice; it is

        ORDERED and ADJUDGED that the action is dismissed without prejudice.

Dated: Brooklyn, New York
       March 12, 2012

                                                DOUGLAS C. PALMER
                                               Clerk of Court